**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA,**

**v.**　　　　　　　　　　　　　　**CASE NO. 1:13-cr-3-MW/GRJ**

**LURTY BECKNER KEYSER,**

　　**Defendant.**

_____/

## ACCEPTANCE OF PLEA OF GUILTY

　　Pursuant to the Report and Recommendation of the United States Magistrate Judge, ECF No. 45, filed August 23, 2013, to which there has been no timely objection, and subject to this Court's consideration of the plea agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of Guilty of the Defendant, Lurty Beckner Keyser, to Count One of the Indictment against him is hereby **ACCEPTED**. All parties shall appear before the Court for sentencing as directed.

　　**SO ORDERED on August 26, 2013.**

　　　　　　　　　　　　　　　　　　　**s/Mark E. Walker　　　　　　　　
　　　　　　　　　　　　　　　　　　　United States District Judge**